**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jesus ANGUIANO–ZAVALA, Defendant—Appellant.**

No. 01–10257.

D.C. No. CR–00–01531–RCC.

United States Court of Appeals, Ninth Circuit.

Submitted March 11, 2002 *.

Decided March 19, 2002.

---

Before FARRIS, W. FLETCHER and FISHER, Circuit Judges.

MEMORANDUM **

Jesus Anguiano–Zavala appeals the judgment of conviction and 36–month sentence imposed following his guilty plea to unlawful reentry of a deported alien. His attorney has filed a motion to withdraw as counsel of record pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a brief stating that counsel cannot identify any nonfrivolous issues for review. Because our independent review of the record and the briefs on appeal pursuant to *Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Anguiano–Zavala knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *United States v. Martinez*, 143 F.3d 1266, 1270–72 (9th Cir.1998) (enforcing waiver of right to appeal where waiver is knowing and voluntary and sentence is in accordance with plea agreement).

Counsel's motion to withdraw is GRANTED, and the appeal is DISMISSED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.